IN RE John SCHUCHARDT, No. 395-81

December 10, 1981. The office of the Attorney General shall serve the Formal Presentment Complaint on the respondent by certified mail, return receipt requested, forthwith and shall direct the respondent to enter his appearance in this Court and file his answer therein within thirty days after service of the same upon him. 12 V.S.A. App. VIII, A.O. 9, § 18(b), (c). The matter shall be brought to hearing after all appeals from the conviction are concluded. 12 V.S.A. App. VIII, A.O. 9, § 18(d).

IN RE Arthur A. HEALD, No. 402-81

February 16, 1982. Judgment that the respondent, Arthur A. Heald, is suspended from the practice of law before the Courts of this state for a period of five months beginning September 10, 1981, the date of this Court's Order of Suspension pending final disposition. At the end of this period, the respondent may move for reinstatement pursuant to 12 V.S.A. App. VIII, A.O. 9, § 17.